

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,101-01

### EX PARTE VICTOR MANUEL ALAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1467825-A IN THE 338TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of capital murder and sentenced to life without parole. The First Court of Appeals affirmed his conviction but reformed the sentence to life with the possibility of parole. *Alas v. State,* No. 01-15-00569-CR (Tex. App.—Houston[1st] July 28, 2016). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On August 23, 2019, the State filed a proposed order designating issues. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, it appears that the application was forwarded before the trial court completed the proceedings and made findings of fact and conclusions of law. We remand this application to

the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: February 3, 2021
Do not publish